UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENFENDIEU BULTUMER,         )
                            )
        Petitioner,          )
                            )
v.                          )   Civil Action No. 03-12561-REK
                            )
ANDREA J. CABRAL,           )
                            )
        Respondent.         )

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent hereby respectfully requests that this Court grant her an enlargement of time within which she must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of thirty days, up to and including April 15, 2004. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by March 16, 2004. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition.

WHEREFORE, the respondent respectfully requests that this Court grant her until April 15, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: March 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Enfendieu Bultumer, on March 12, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Enfendieu Bultumer, Suffolk County House of Correction, 20 Bradson Street, Boston, Massachusetts, 02118.

*Maura D. McLaughlin*
Maura D. McLaughlin