UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENFENDIEU BULTUMER,         )
                            )
        Petitioner,          )
                            )
v.                          )   Civil Action No. 03-12561-REK
                            )
ANDREA J. CABRAL,           )
                            )
        Respondent.          )

## RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1

Respondent Andrea J. Cabral hereby moves that she be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings to Petition for Writ of Habeas Corpus and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondent states that petitioner is currently incarcerated at the Suffolk County House of Corrections and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that she be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that she be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings to Petition for Writ of Habeas Corpus and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: March 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Enfendieu Bultumer, on March 12, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Enfendieu Bultumer, Suffolk County House of Correction, 20 Bradson Street, Boston, Massachusetts, 02118.

Maura D. McLaughlin