Enfendieu Bultumer,
Petitioner,

v.s

Immigration and Naturalization Service,
Respondent.

United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2004 MAR 30 P 1:20
DISTRICT COURT
DISTRICT OF MASS.

## Motion for Stay of Deportation

Now comes the Petitioner, Enfendieu Bultumer and moves this Honorable Court to stay the execution of his deportation order on 9-12-2003 and states in support:

1. Petitioner was issued a residence permit in 1998 by the INS.
2. Petitioner want to reopen his deportation proceedings.
3. Petitioner contends that his deportation order is illegal and unfounded.
4. Petitioner has been ordered deported even though Petitioner's criminal's case in wich his deportation is based on is opened and is in the appeals court (No. 2003-P-1611) waiting for a decision.

Wherefore, petitioner respectfully requests:

A) stay of deportation until the criminal case is dismissed
B) grant other relief as it may deem just and equitable.

Respectfully submitted pursuant to 28 U.S.C. § 1746.

Enfendieu Bultumer,
c/o Suffolk County House of Correction
20 Bradston St, Boston, Massachusetts, 02118

I Enfendieu Bultumer asking for the CA. no 40-10138 ReK to be opend for the reason above.

(1) I did has appeal at the Board of Immigration.

2  I Just Receive a letter from Beard of Immigration saying that my appeals has been dismiss on March 16- 004.

3  if I dont ask for stay of deportat Immigration could deport me any time.

4  my case still pending in your cou

5  my case pending at the appeal court.

6  I send two piece of notice to show the court.

send me a copy back

U.S. Department of Justice  
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:   A29 379 697 - New York

Date:

In re: ENFENDIEU BULTIMER

MAR 1 6 2004

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:  Pro se

On September 12, 2003, an Immigration Judge found the respondent, a native and citizen of Haiti, to be removable as charged and denied his applications for relief. The Immigration Judge ordered the respondent's removal to Haiti. The respondent has appealed the denial of relief. The appeal will be dismissed.

Notwithstanding the contentions presented on appeal, we affirm the Immigration Judge's denial of relief and conclude that the respondent is not a "refugee," within the meaning of section 101(a)(42) of the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(42). The respondent has not met his burden of proof for asylum, withholding of removal, or relief pursuant to the Convention Against Torture (CAT).

The respondent has submitted news articles regarding current conditions in Haiti, and we take administrative notice that President Aristide recently resigned and left the country. While changed conditions certainly exist in Haiti at present, the respondent has not established that such changes have specifically affected his eligibility for asylum, withholding of removal, or CAT relief.

ORDER:  The appeal is dismissed.

_____  
FOR THE BOARD



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

BULTIMER, ENFENDIEU
20 BRADSTON ST. 02118
BOSTON, MA 02118-0000

Office of the District Counsel/EO
P.O. Box 8728
Boston, MA 02114

Name: BULTIMER, ENFENDIEU                                A29-379-697

Date of this notice: 03/16/2004

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Frank Krider
Acting Chief Clerk

Enclosure

Panel Members:
    GRANT, EDWARD R.