UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENFENDIEU BULTUMER,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>ANDREA J. CABRAL,  )<br>)<br>Respondent.  )<br>) | Civil Action No. 03-12561-REK |

**RESPONDENT'S MOTION TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED**

The respondent, Andrea J. Cabral, hereby submits the following motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Enfendieu Bultumer. As grounds for this motion, and as is set forth more fully in the accompanying memorandum of law, the petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). The petitioner's conviction became final, for purposes of AEDPA, on July 7, 1997, after a period of thirty (30) days from the entry of the amended judgment in which the petitioner had the opportunity to file an appeal with the Massachusetts Appeals Court. Any petition for a writ of habeas corpus needed, therefore, to be filed in this Court on or before July 7, 1998. The petition was not, however, filed in this Court until December 5, 2003, more than (5) years after the statute of limitations had expired. Accordingly, the petition must be dismissed as time-barred.[1]

---

[1] The respondents' remaining defenses are not addressed here because the running of the
(continued...)

WHEREFORE, the respondents respectfully request that this Court dismiss this habeas petition on the grounds that it is time-barred.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: April 9, 2004

---

[1](...continued)
statute of limitations mandates dismissal of the petition. In the event that this Court declines to dismiss the petition as time-barred, the respondents reserve the right, and request the opportunity, to file an answer and assert all other applicable defenses, including but not limited to the defenses of exhaustion and the defense that the petitioner is not "in custody" for purposes of federal habeas review.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Enfendieu Bultumer, on April 9, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Enfendieu Bultumer, Suffolk County House of Correction, 20 Bradson Street, Boston, Massachusetts, 02118.

*Maura D. McLaughlin*
Maura D. McLaughlin

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have, on March 12, 2004, moved this Court for an order dispensing with the requirement to confer under Local Rule 7.1 since the petitioner is currently incarcerated at the Suffolk County House of Corrections and is not represented by counsel, rendering pre-filing conference impracticable.

*Maura D. McLaughlin*
Maura D. McLaughlin