4-14-004

Enfendieu Bulfumer ) united states Distric court
petition                 ) Distric of Massachussett
v.                          ) Judge Robert Keeton
Andrea J. Cabral    ) Civil Action no 03-12561
Repondent              ) Re:

I Receive a motion from the Respondent asking united states to dismiss my habeas corpus under 28-us-c §2244 time barred, my Habeas corpus should not be dismiss under time barred, my court opponted did put a motion Revise and Revoke for the Later Date 6-18-1997. 19 days, After my conviction the Brockton Distric court never take Action on the motion Revise and Revoke.

I have Already send a copy of the police Report to the court and a copy of the Docket sheet, in the Docket sheet All there was two piece of police Report of Exhibit A. Exhibit B should be the Drug and Exhibit C should the money they said they found at the House.

All I'm asking the court to do to Ask the Attorney General to come with the Evidence if the United States Distric court take a look at the paper I had send to the court, then the court will see the truth. Take a Look at my Habease corpus in page 5.

4-14-004

If Brockton Distric court did decided in the motion of Revise and Revose then I believe I under statute of Limitation but they did not take Action in the motion Revise and Revose, so I should not be under statute of Limitation under 28-USC §2244(d) Brockton Distric court they the one who under statute of limitation 28-USC 2244(d) because they never decided to take action in the motion Revise and Revose. For me to put a habeas corpus

For the Record my conviction was on May 29 1977
I been in jail for almost two years because of this allegation
everything I About in this case it from the court Record. The Respondent try to go around the Truth. 10, 11-02
I ask the Brockton District court to appoint me a counsel sec 29 D and court denied my motion
I'm challenges the Respondent for my conviction under M.G.L.
If united Distric court, take a look at my habeas corpus. they will see that what I'm challenges for.
I was misrepresented by the court appointed I challenges the Respondent for the evidence to be found.

4/14/004

On January 16, I receive Memorandum and order from United States Distric Court asks Attorney General to respond to my challenges such motion was based in part on the fact that the Trial Record failed to include the actual substance allegedly seized from Mr Bultumer or a Certificate of Analysis concerning such substance evidence need to be find by the Respondent that was the main reason why my Lawyer put the motion Revise and Revote and Brockton Distric Court never take decision in the motion. the Respondent try to go around my challenges without answer my Question, even in the Repondent motion asking the court to Dismiss my challenges the Respondent motion it not enough to challenge my habeas corpus, if Respondent come with the controsi substance and Analysis of the substance or the allegedly seized then it enough to challenge my habeas corpus.

the court Record showed that there was no action take in motion Revise And Revoke. the Respondent went Look At the case people who miss time barred try to get my Habeas corpus. I'm not one of these people under 28 US-C §2244(d) Fact one my Habeas corpus talking about Actual substance Allegedly seized in @ Certificate of Analysis Fact Two Talking about Revise And Revoke.

| RECORD OF CRIMINAL CASE | DOCKET NO. 9715 CR 001385 | Trial Court of Massachusetts District Court Department |
|---|---|---|

| | | | |
|---|---|---|---|
| 6/18/97 | | MOTION TO REVISE AND REVOKE FILED BY ATTY | |
| 6/18/97 | | PLOUFFE FOR LATER DATE | |
| 10/11/02 | | DEFENDANT'S MANDATORY MOTION FOR A NEW TRIAL | |
| 10/11/02 | | PURSUANT TO M.G.L. C. 278, SEC. 29D | |
| 10/11/02 | | FILED BY DEFENDANT TOGETHER WITH | |
| 10/11/02 | | MOTION TO APPOINT COUNSEL | |
| 10/11/02 | TUA | JUDGE NAGLE | KML |
| 10/18/02 | | AFTER REVIEW OF COURT DOCUMENTS DEFENDANT | |
| 10/18/02 | | WAS CONVICTED BY A JURY WAIVED TRIAL; | |
| 10/18/02 | | THERE WAS NO PLEA ON THIS CASE | |
| 10/18/02 | | REQUIRING AN ALIEN WARNING. | |
| 10/18/02 | MD | MOTION DENIED. | DGN |

*[handwritten annotation]:* Motion for Revise/Revoke

*[handwritten annotation]:* I was denied for the motion for Counsel

| PAGE | DATE DOCKET PRINTED | | CLERK MAGISTRATE |
|---|---|---|---|
| 3 | 10/18/02 | A TRUE COPY ATTEST | *[signature]* |

CRF21B 10/18/02 8:41 AM