Petitioner                           United States         4-28-004
Enfendieu Bultumer.   District court
Case Number 12561.   Office of the Clerk.

I Have Been Move From on ~~4-27-004~~
Suffolk County House of Correction
To Plymouth County Correction
Facility. MA 02360.
Moving date on 4-27-004.

inform Judge WGY
C.A no ~~03~~- 04 10138
I Have Been ~~Not~~ Move
to A New Location
the Address is on the
Top