UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                )
ENFENDIEU BULTUMER (also referred   )
    to in the docket as ENFENDLIEU        )
    BULTUMER),                                           )
    Petitioner                                                 )
                                                                )
    v.                                                            )   CIVIL ACTION
                                                                )   NO. 03-12561-REK
ANDREA J. CABRAL,                              )
    Respondent                                            )
_____)

**Final Judgment**
January 5, 2005

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

This civil action is DISMISSED.

| Approved: | By the Court, |
|---|---|
| /s/Robert E. Keeton | /s/Karen Folan |
| Robert E. Keeton<br>Senior United States District Judge | Karen Folan, Deputy Clerk |